```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KC ALFRED,

                              Plaintiff,                    **ORDER SCHEDULING TELEPHONE**
                                                                               **CONFERENCE**

                 -against-

                                                                                   **20-cv-2486 (LAP)**

INSIDER, INC.

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 8).  A telephone conference will be held on **June 10, 2020 at 4:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

      Plaintiff is directed to serve a copy of this order on Defendant.

      SO ORDERED.

Dated: April 15, 2020
       New York, New York

                                                  _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge