```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KC ALFRED,

                                    Plaintiff,                         **ORDER RESCHEDULING**
                                                                       **SETTLEMENT CONFERENCE**
                        -against-
                                                                       **20-cv-2486 (LAP)**
INSIDER, INC.

                                    Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The settlement conference in this matter currently scheduled for Wednesday, July 15,

2020 at 2:00 p.m. is rescheduled to **Wednesday, August 5, 2020 at 2:00 p.m.**  Counsel is

directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-**

**5269, Access code: 4858267.**  The parties are instructed to complete the Settlement

Conference Summary Report and prepare pre-conference submissions in accordance with

Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by

the Court no later than **July 29, 2020 by 5:00 p.m.**

        SO ORDERED.

Dated: July 7, 2020
        New York, New York

_____

KATHARINE H. PARKER
United States Magistrate Judge