```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| K.C. ALFRED,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>INSIDER, INC.,<br><br>　　　　　　Defendant. | 20 Civ. 2486 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　Counsel shall confer and inform the Court by letter no later than August 20, 2020, how they propose to proceed.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　August 13, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge