UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KC ALFRED,<br><br>                Plaintiff,<br><br>-against-<br><br>INSIDER, INC.,<br><br>                Defendant. | 20 Civ. 2486 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and a corporate representative for Defendant shall appear for a telephonic settlement conference on October 1, 2020, at 12:00 p.m.  The dial-in number for that conference is (888) 363-4734, access code: 4645450.  The parties are directed to call in promptly at 12:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           August 28, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge